Entered: July 3rd, 2025
Signed: July 3rd, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **19–24390 – LSS**   Chapter: **13**

**John U Essiet and**
**Esther Uya Essiet**
Debtors

## ORDER REOPENING CASE
## TO PERMIT DEBTOR TO
## FILE AFFIDAVIT REQUESTING DISCHARGE

Upon consideration of Debtor's motion to reopen the above−captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor to file Affidavit Requesting Discharge , and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor has not initiated such action by filing a pleading herein on or before thirty (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor
      Attorney for Debtor – Brett Weiss
      Case Trustee – Rebecca A. Herr
      Respondent Creditor

**End of Order**

31x02 (rev. 10/02/1997) – KizzyFraser